FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2013 JAN 16 AM 11: 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 1:13-CR-1-R

**GEORGE B. ROBERTS**

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(c)
28 U.S.C. § 2461
42 U.S.C. § 408

The Grand Jury charges:

COUNT 1

On or about and between June 2000 through August 2010, in the Western District of Kentucky, Taylor County, Kentucky, and elsewhere, the defendant, **GEORGE B. ROBERTS**, willfully and knowingly converted to his use Social Security survivors insurance benefits, of the value of approximately $110,148, belonging to the United States of America, which had been paid to his deceased mother's checking account.

In violation of Title 18, United States Code, Section 641.

The Grand Jury further charges:

COUNT 2

On or about and between June 2000 through August 2010, in the Western District of Kentucky, Taylor County, Kentucky, and elsewhere, the defendant, **GEORGE B. ROBERTS**, having knowledge of an event affecting the continued right to payment by an individual receiving such payment, concealed and failed to disclose to the Social Security Administration that his mother,

A.V.R., a beneficiary, was deceased, and he thereby intentionally and fraudulently continued to secure payment where no payment was authorized.

In violation of Title 42, United States Code, Section 408.

NOTICE OF FORFEITURE

If convicted of Count 1 of this Indictment, **GEORGE B. ROBERTS**, shall forfeit to the United States any property, real or personal, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

Pursuant to Title 18, United States Code, § 981(a)(1)(c) and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

for

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JHB 121218

UNITED STATES OF AMERICA v. **GEORGE B. ROBERTS**

## PENALTIES

Count 1: NM 10 yrs./NM $250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 5 yrs./NM $250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2013 JAN 16 AM 11: 15

No. 1:13-CR-1-R

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA

vs.

GEORGE B. ROBERTS

# INDICTMENT

**Title 18 U.S.C. § 641;**
**Title 42 U.S.C. § 408:**
**Embezzlement of United States' Funds; Social Security Administration Representative Payee Fraud.**

*A true bill.*

*Foreman*

***Filed in open court this 16th day of January, 2013.***

*Clerk*

*Bail, $*